

# COURT OF APPEALS

Thirteenth District

Corpus Christi – Edinburg, Texas

Below is the JUDGMENT in the numbered cause set out herein to be Filed and Entered in the Minutes of the Court of Appeals, Thirteenth District of Texas, at Corpus Christi – Edinburg, as of the 1st day of October, 2013. If this Judgment does not conform to the opinion handed down by the Court in this cause, any party may file a Motion for Correction of Judgment with the Clerk of this Court.

CAUSE NO. 13-12-00072-CV                                    (Tr.Ct.No. CV1003378-A)

CENTURY SURETY COMPANY                                                 Appellant,

v.

JOHN DELOACH D/B/A DELOACH
VACUUM SERVICE AND
DELOACH OIL & GAS WASTE
WELL,                                                                                      Appellees.


On appeal to this Court from Liberty County, Texas.

★ ★ ★ ★ ★ ★ ★

# JUDGMENT

This Court's judgment issued on August 1, 2013, is hereby vacated and the following is substituted therefor.

On appeal from the 75th District Court of Liberty County, Texas, from an order signed December 15, 2011. Memorandum Opinion Per Curiam.

THIS CAUSE was submitted to the Court on June 27, 2013, on the clerk's record, briefs, and now before the Court on appellant's second amended motion to vacate judgment and withdraw opinion. The Court, having examined and fully considered the documents on file, is of the opinion that the motion should be granted. Appellant's second amended motion to vacate judgment and withdraw opinion is GRANTED, and the appeal is hereby DISMISSED.

Costs of the appeal are adjudged against the party incurring same. It is further ordered that this decision be certified below for observance.

★ ★ ★ ★ ★ ★ ★
DORIAN E. RAMIREZ, CLERK